| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MADISON SUPERIOR COURT |
| | )SS: | PROBATE DIVISION |
| COUNTY OF MADISON | ) | CAUSE NUMBER: 48D01-1004-EU-83 |

IN THE MATTER OF THE UNSUPERVISED )
)
ADMINISTRATION OF THE ESTATE OF )
)
JACK J. McMILLEN, DECEASED. )

### LETTERS TESTAMENTARY---UNSUPERVISED ADMINISTRATION

    I, Ludy Watkins, Clerk of the MADISON SUPERIOR Court, State of Indiana, do hereby certify that the Last Will and Testament of JACK J. McMILLEN, deceased, has been duly admitted to probate and record in said Court, and Diana L. Terry, having given Trust Oath and duly qualified as Personal Representative is duly authorized and empowered to take upon herself the administration of said estate without Court supervision according to law and terms of such Will.

    WITNESS my hand and seal of said Court, at the City of Anderson, Indiana, on

4-6-10.

_____
Ludy Watkins
Clerk of the MADISON SUPERIOR Court

[SEAL]

Prepared by:
H. Kennard Bennett, #4015-49
Attorney At Law
267 W. Berkley Rd.
Indianapolis, IN 46208
(317) 931-0944

EXHIBIT 1