IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIANA L. TERRY, Personal Representative of the Estate of JACK J. McMILLEN, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:10-cv-00607-DML-JMS ) |
| THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY and AMERICAN SENIOR COMMUNITIES, LLC, | ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' AMENDED FINAL LIST OF WITNESSES AND EXHIBITS**

Defendants, The Health and Hospital Corporation of Marion County ("Health and Hospital") and American Senior Communities, LLC ("American Senior Communities"), by counsel, hereby submit the following amended final list of witnesses who may be called and exhibits which may be introduced at trial in this action:

**WITNESSES**

1. David Haag, MD, 2116 S. Park Avenue, Alexandria, IN 46001, (765) 724-4455.

2. Salah Ahmed Elsaharty, MD, 1210 Medical Arts Blvd., Suite 104, Anderson, IN 46011, (765) 298-4198.

3. David W Graybill, MD, Central Indiana Orthopedics, 2610 Enterprise Drive, Anderson, IN 46013, (765) 683-4400.

4. Joseph C. Baer, MD, 1210 Medical Arts Blvd., Suite 215, Anderson, IN 46011, (765) 298-4140.

5. D. Benjamin McCurdy MD, 1210 Medical Arts Blvd., Suite 215, Anderson, IN 46011, (765) 298-4140.

6. Ravi Sarin, MD, 120 N. Tillotson Ave., Muncie, IN 47304, (765) 747-1207.

7. Agnes J. Schrader, MD, Indiana Nephrology & Internal Medicine, PC, 165 Sheridan Rd., Noblesville, IN 46060, (317) 773-0363.

8. Stephen W. Shick, MD, Central Indiana Orthopedics, 2610 Enterprise Dr., Anderson, IN 46013, (765) 683-4400.

9. Daniel J. Hurley, MD, T.L. Care Corporation, 1600 Albany Street, Beech Grove, IN 46017, (317) 859-1090.

10. Marlene Mary Wilson, RN ANP, T.L. Care Corporation, 1600 Albany Street, Beech Grove, IN 46017, (317) 859-1090.

11. Dr. Marlen, T.L. Care Corporation, 1600 Albany Street, Beech Grove, IN 46017, (317) 859-1090.

12. Barbara C. Ackerman, PhD HSPP, Vericare Management, 4715 Viewridge Ave., San Diego, CA 92123, (800) 257-8715.

13. John Carter, MD, Alexandria Medical Arts, 2116 S. Park Ave., P.O. Box 89, Alexandria, IN 46001, (765) 724-4455.

14. Penny Borum, Alexandria Medical Arts, 2116 S. Park Ave., P.O. Box 89, Alexandria, IN 46001, (765) 724-4455.

15. The following agents, employees and/or independent contractors of Edgewater Woods, who may only be contacted through counsel for Health and Hospital:

    a. Kaitlin Scherrer, RD – American Senior Communities Dietary Consultant

    b. Florence Baker – Edgewater Woods Dietary Services Manager

    c. Kathy Galbreath – Edgewater Woods Activities Director

    d. Teresa Erickson, PT – Contract Agency Therapist; Supplemental Healthcare

    e. Tim Keller, OTR – Contract Agency Therapist; Career Staff

    f. Amber Janel Thomas – Edgewater Woods Speech Therapy Rehab Services Manager

    g. Chris Mavronicles – Edgewater Woods Social Services

    h. Annie Steward CNA
       Hire date: June 6, 2006; Last worked: March 19, 2010
       2208 Bramble Way, Anderson, IN  46011, (765) 631-6699

i. Pam Wood RN – American Senior Communities Clinical Trainer (now American Senior Communities Clinical Specialist)

j. Patty Leonard LPN – Edgewater Woods MDS Coordinator (now PRN MDS Coordinator for American Senior Communities-managed facilities)

k. Marsha McCauley LPN
   Hire date:  April 19, 2005

l. Mary White RN DON

m. Marilyn Wright LPN
   Hire date:  June 19, 2002 and rehired September 18, 2007; Last worked:  October 27, 2009
   4970 Beechmont Drive, Anderson, IN  46012, (765) 622-0517

n. Diane West LPN

o. Katrece Harris LPN
   Hire date:  January 20, 2009 and rehired May 13, 2009; Last worked:  March 1, 2010
   1211 Wolf Paw Lane, #C, Anderson, IN  46013, (765) 631-0419

p. Rhonda Winingham RN
   Hire date:  October 18, 2005 and rehired July 24, 2008; Last worked:  August 24, 2010
   835 Silver Street, Anderson, IN  46012, (765) 644-6468

q. Teresa Cross RN
   Hire date:  June 9, 2009; Last worked:  December 31, 2009
   2624 Crystal Street, Anderson, IN  46012, (765) 729-4103

r. Le Garrett LPN
   Hire date:  March 10, 2009; Last worked:  August 25, 2009
   17113 North 200 East, Summitville, IN  46070, (765) 536-2119

s. Angela Benefiel RN
   Hire date:  September 1, 2009; Last worked:  February 12, 2010
   406 Arrowhead Drive, Pendleton, IN  46064, (765) 278-3718

t. Carman Staples LPN
   Hire date:  June 24, 2008; Last worked:  June 10, 2010
   715 W. 15th Street, Anderson, IN  46016, (765) 643-0714

u. Regina Daniel, LPN
   Hire date:  May 19, 2009; Last worked:  January 21, 2010
   2023 State Street, Anderson, IN  46012, (765) 356-4328

      v. Kim Hughes – American Senior Communities Director of Operations for Edgewater Woods

      w. Cindy Yaney – Edgewater Woods Medical Records

      x. Edgewater Woods Director of Nursing

      y. Edgewater Woods Executive Director

16. All other employees, agents, and/or independent contractors of Edgewater Woods not otherwise identified who provided care or other services to Mr. McMillen.

17. Yet to be determined current and/or former Representatives of American Senior Communities.

18. Yet to be determined current and/or former Representatives of The Health and Hospital Corporation of Marion County.

19. Experts regarding Standard of Care.

20. Damages Experts.

21. Expert in Compliance and/or Federal Regulations.

22. Employees, agents, and/or independent contractors of Community Home Health Network, 5113 Thornhill Lane, Anderson, IN 46011, (765) 642-9237, who may have knowledge of home health care provided to Mr. McMillen prior to his admission to Edgewater Woods.

23. Employees, agents, and/or independent contractors of Procare Rehabilitation Services of Community Hospital, 2519 E. 10th St., Suite E., Anderson, IN 46012, (765) 640-8062, who may have knowledge of Mr. McMillen's care, rehabilitation, and medical condition prior to his admission to Edgewater Woods.

24. Employees, agents, and/or independent contractors of Summit Convalescent Center, 701 S. Main Street, Summitville, IN 46070.

25. Any individual listed in Plaintiff's Preliminary or Final Witness and Exhibit Lists.

26. Records custodians to authenticate documents Defendants wish to introduce at trial.

27. Any individual listed, mentioned, or otherwise alluded to in the parties' discovery responses.

28. Any individual who is deposed or who is mentioned by a deponent in any deposition taken in connection with this action.

29. Any individual who may be necessary to authenticate documents necessary to impeach Plaintiff or Plaintiff's witnesses.

30. Any individual who may become necessary for the purposes of impeachment or rebuttal.

As discovery is ongoing, Defendants reserve the right to supplement this Final Witness List.

**EXHIBITS**

1. Records of Dr. David Haag, MD.

2. Records of Edgewater Woods.

3. Records of Summit Convalescent Center.

4. Records of Salah Ahmed Elsahatry, MD.

5. Records of Daniel J. Hurley.

6. Records of David W. Graybill, MD.

7. Records for Community Home Health Network.

8. Records of D. Benjamin McCurdy, MD.

9. Records of Ravi Sarin, MD, 120 N. Tillotson Ave. Muncie, IN 47304.

10. Records of Agnes J. Schrader, MD.

11. Records of Stephen W. Schick, MD.

12. Records from Procare Rehabilitation Services of Community Hospital.

13. Records of prescriptions filled by Wal-Mart, Inc.

14. Records of prescriptions filled by CVS.

15. Any records of any physician or health care provider attending to Mr. McMillen before or after his admission to Edgewater Woods.

16. Policy and Procedure Manuals of American Senior Communities.

17. Management Agreement between Health and Hospital Corporation and American Senior Communities.

18. Any and all documents disclosed by Plaintiff pursuant to her Initial Disclosures.

{00373363- }

19. The parties' pleadings, papers, and discovery documents, including Plaintiff's Amended Complaint, Defendants' Answer, Plaintiff's Answers to Interrogatories, and Plaintiff's Responses to Requests for Production.

20. Any of the depositions, including exhibits thereto which will be taken prior to trial, as well as any documents or items which are referred to during any deposition taken in this action.

21. Any exhibits that may be used to impeach Plaintiff or Plaintiff's witnesses including, but not limited to, Plaintiff's criminal records or other criminal records of any witnesses listed by Plaintiff or called to testify at trial by Plaintiff.

22. Any exhibit, document, or item that is listed in any Preliminary or Final Exhibit List filed by Plaintiff.

23. Plaintiff's medical records before and after the events alleged in Plaintiff's Amended Complaint.

24. Any documents necessary to establish any of the Defendants' affirmative defenses.

25. Photographs, schematics, or other diagrams, to be used at trial as demonstrative evidence, including any photographs or videotapes of the locations described in Plaintiff's Amended Complaint.

26. Any document which may be necessary for the purposes of impeachment or rebuttal.

As discovery is ongoing, Defendants reserve the right to supplement this Final Exhibit List.

RILEY BENNETT & EGLOFF, LLP

s/ Laura K. Binford
Bryce H. Bennett, Jr.
No. 2681-49
bbennett@rbelaw.com
Laura K. Binford
No. 15280-49A
lbinford@rbelaw.com
Attorneys for Defendants,
The Health and Hospital Corporation
of Marion County and American Senior
Communities, LLC

RILEY BENNETT & EGLOFF, LLP
Fourth Floor
141 East Washington Street
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2011, a copy of the foregoing *Defendants' Amended Final List of Witnesses and Exhibits* was electronically filed with the Clerk of Court using the CM/ECF system, and was sent to the following counsel of record by way of the CM/ECF system and/or U.S. Mail:

H. Kennard Bennett
Attorney at Law
267 West Berkley Road
Indianapolis, IN  46208
ken@hkbennettlaw.com

                                                                      s/ Laura K. Binford
                                                                      Laura K. Binford

LKB/1172.071